IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| ARMANDO ARMENDARIZ, | § | |
| YVETTE ARMENDARIZ, and | § | |
| HECTOR ARMENDARIZ, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 3:14-cv-00451-KC |
| | § | |
| DAVID CHOWAIKI, HILEL CHOWAIKI, | § | |
| LEON ERNEST GLUCK, GENECO, LLC, | § | |
| COREY HAUGLAND,  JAMES & | § | |
| HAUGLAND, P.C., DHC REALTY, LLC, | § | |
| CHOWAIKI HOLDINGS, LLC, EL PASO | § | |
| DHC ENTERPRISES, LLC, EL PASO DHC | § | |
| ENTERPRISES FAR EAST, LLC, EL PASO | § | |
| DHC ENTERPRISES WEST, LLC, DHC | § | |
| GENPAR, LLC, DHC RALNER, LLC, | § | |
| ABRAHAM CHOWAIKI and NADIA | § | |
| NAHMAD, | § | |
| | § | |
| Defendants. | § | |

## DEFENDANTS' NOTICE OF CROSS-APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

The Defendants, DAVID CHOWAIKI, HILEL CHOWAIKI, LEON ERNEST GLUCK,

GENECO, LLC, COREY HAUGLAND,  JAMES & HAUGLAND, P.C., DHC REALTY, LLC,

CHOWAIKI HOLDINGS, LLC, EL PASO DHC ENTERPRISES, LLC, EL PASO DHC

ENTERPRISES FAR EAST, LLC, EL PASO DHC ENTERPRISES WEST, LLC, DHC GENPAR,

LLC, DHC RALNER, LLC, ABRAHAM CHOWAIKI and NADIA NAHMAD, hereby appeal to

the United States Court of Appeals for the Fifth Circuit, from:

1.      The text order denying "Defendants' Motion for Rule 11 Sanctions" [Doc # 82]

entered by the United States District Court for the Western District of Texas on June

15, 2016.

The parties to the order appealed from and the names and addresses of their respective

attorneys are as follows:

| **PARTY** | **ATTORNEY** |
|---|---|
| **All of the Defendants** | Corey W. Haugland<br>JAMES & HAUGLAND, P.C.<br>609 Montana Ave.<br>El Paso, Texas 79902<br>Telephone:  915-532-3911<br>Facsimile:  915-541-6440<br>Email: chaugland@jghpc.com |
| **Armando Armendariz,<br>Yvette Armendariz, and<br>Hector Armendariz** | Michael R. Nevarez<br>THE NEVAREZ LAW FIRM, PC<br>P.O. Box 12247<br>El Paso, Texas 79913<br>Telephone: 915-584-8000<br>Facsimile: 915-584-8024<br>Email: MNevarez@LawOfficesMRN.com |

Dated the **2th** day of July, 2016.

Respectfully submitted,

JAMES & HAUGLAND, P.C.
P.O. Box 1770
El Paso, Texas  79949-1770
Phone:  915-532-3911
FAX:  (915) 541-6440

By:  _____
Corey W. Haugland
State Bar No.  09234200
Attorney for Defendants

## CERTIFICATE OF SERVICE

I, Corey W. Haugland, hereby certify that on the **20th** day of July, 2016, I electronically filed the foregoing Defendants' Notice of Cross-Appeal to the United States Court of Appeals for the Fifth Circuit using the CM/ECF System, which will give notice of the filing of this instrument to:

Michael R. Nevarez
P.O. Box 12247
El Paso, Texas 79913

_____
Corey W. Haugland